**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**SPENCER NEAL,**

       **Plaintiff,**

**vs.**                                        **Case No.: 2:18-cv-629
JUDGE GEORGE C. SMITH
Magistrate Judge Jolson**

**HREET HOSPITALITY, LLC,**

       **Defendant.**

## ORDER

On June 28, 2018, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* be denied. (*See Report and Recommendation,* Doc. 3). The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*. In fact, Plaintiff paid the $400.00 filing fee on July 3, 2018.

Accordingly, the *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* is **DENIED.**

The Clerk shall remove Documents 2 and 3 from the Court's pending motions list.

       **IT IS SO ORDERED**.

                                              */s/ George C. Smith*
                                              **GEORGE C. SMITH, JUDGE
UNITED STATES DISTRICT COURT**